ARTHUR X. TURNER v. STATE OF NEW JERSEY, DIV. OF CORRECTION & PAROLE.

December 8, 1977. Petition for certification denied.

HARRY KOLODECHIK v. COSMAIR, INC.

December 8, 1977. Petition for certification denied.

P. R. DE BELLIS ENTERPRISES, INC. v. LUMBERMEN'S MUTUAL CASUALTY COMPANY.

December 8, 1977. Petition for certification granted. (See 153 *N. J. Super.* 94)

COLD INDIAN SPRINGS CORP. v. TOWNSHIP OF OCEAN.

December 16, 1977. Motion for leave to appeal is granted and the matter is remanded to the Appellate Division for a full hearing on the merits. (See 154 *N. J. Super.* 75)

STATE OF NEW JERSEY v. PHILIP TROTWOOD.

December 21, 1977. Appeal is dismissed on Court's own motion. (See 150 *N. J. Super.* 115)